IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:23CR74-1 |
| | : | |
| JIMMIE LEE BENJAMIN HANEY | : | |

The Grand Jury charges:

COUNT ONE

On or about December 8, 2022, in the County of Guilford, in the Middle District of North Carolina, JIMMIE LEE BENJAMIN HANEY, by force and violence and by intimidation, did take from the presence of a bank employee money belonging to and in the care, custody, control, management, and possession of Wells Fargo Bank, N.A., 308 Pisgah Church Road, Greensboro, North Carolina, the deposits of which were then insured by the Federal Deposit Insurance Corporation; in violation of Title 18, United States Code, Section 2113(a).

COUNT TWO

On or about December 9, 2022, in the County of Guilford, in the Middle District of North Carolina, JIMMIE LEE BENJAMIN HANEY, by force and violence and by intimidation, did take from the presence of a bank employee money belonging to and in the care, custody, control, management, and

possession of Truist Bank, 3521 North Elm Street, Greensboro, North Carolina, the deposits of which were then insured by the Federal Deposit Insurance Corporation; in violation of Title 18, United States Code, Section 2113(a).

DATED: February 27, 2023

SANDRA J. HAIRSTON
United States Attorney

_____
BY: CLIFTON T. BARRETT
Assistant United States Attorney

A TRUE BILL:

_____
FOREPERSON